LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6221 GAF (FMOx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | Wausau Underwriters Insurance Company et al v. Regency Park Senior Living, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**       **(In Chambers)**

## ORDER TO SHOW CAUSE

       Plaintiffs Wausau Underwriters Insurance Company, Inc. ("Wausau") and Employers Insurance Company of Wausau ("Employers") have filed a complaint against Defendants Regency Park Senior Living, Inc. ("Regency") and Fish Construction Company, Inc. ("Fish").   Wausau and Employers contend that this Court has diversity subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332 (Compl. ¶ 6.), but they have failed to adequately allege diversity of citizenship.

       For purposes of diversity subject matter jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).  In the present case, Plaintiffs Wausau and Employers allege that they are Wisconsin corporations, but they do not describe the states in which they maintain their principal places of business. (Id. ¶¶ 1-2 .)  Plaintiffs also state that Defendants Regency and Fish are California corporations, but the complaint does not describe the state where Regency and Fish have their respective principal places of business. (Id. ¶¶ 3-4.)  To invoke this Court's subject matter jurisdiction under section 1332, Plaintiffs must properly allege the states where all corporate parties maintain their principal places of business.

**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 10-6221 GAF (FMOx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | Wausau Underwriters Insurance Company et al v. Regency Park Senior Living, Inc. et al | | |

 Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE, no later than September 20, 2010**, why this case should not be dismissed for lack of subject matter jurisdiction. The filing of a written memorandum addressing the Court's concerns shall constitute a sufficient response to this order.

 Failure to respond to the Court's order shall constitute consent to dismissal of the case.

 **IT IS SO ORDERED.**